IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
**EDWARD BUKSTEL,**          :
    **Plaintiff,**             :
        v.                :   **CIVIL ACTION NO. 13-3287**
                         :
**DEALFLOW MEDIA, INC. et al.,** :
    **Defendants.**            :
_____:

## ORDER

**AND NOW,** this 12th day of August 2014, upon consideration of Defendant Dresner's Motion to Dismiss for lack of personal jurisdiction [Doc. No. 14] and the Motion to Dimiss for failure to state a claim, filed by all defendants [Doc. No. 13] and all responses and replies thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that both motions are **GRANTED**, and all claims against all parties are **DISMISSED**. While the Court believes that further amendment would be futile, if Plaintiff believes he can cure the deficiencies noted in the accompanying Memorandum Opinion, Plaintiff may file a motion for leave to file a third amended complaint, which must attach a proposed third amended complaint, within twenty-one days of the day of this Order.

    It is so **ORDERED.**

                                                **BY THE COURT:**

                                                /s/ Cynthia M. Rufe

                                                _____
                                                **CYNTHIA M. RUFE, J.**